SYLVESTER M. MCNALLY AND
DOROTHY C. MCNALLY
*vs.*
FRED M. PATTERSON AND
LILLIAN M. PATTERSON

Penobscot.　Opinion, October 11, 1957.

PER CURIAM.

This is an action upon a writ of entry. The plaintiff received a verdict with a special finding establishing the disputed property line and an award of damages. The case is before us upon the stereotyped motion for a new trial.

There was substantial, credible evidence to support the verdict in all respects. A discussion of the evidence would be futile. The jury entertained and answered authoritatively a typical, jury question with finality. A careful examination of the record discloses no error of law or of fact in the verdict, which requires correction. *McCully* v. *Bessey,* 142 Me. 209, 212.

*Motion denied.*

*John H. Needham,* for the plaintiff.

*Oscar Walker,* for the defendant.

SITTING: WILLIAMSON, C. J., WEBBER, BELIVEAU, TAPLEY, SULLIVAN, DUBORD, JJ.